NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**30747**
**24-JUL-2012**
**09:51 AM**

NO. 30747

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOHN L. JONES, Plaintiff-Appellee, v.
BARBARA A. VAN BALEN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 06-1-0023)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on June 28, 2012, is corrected as follows:

On the first page, in the fourth line of the first paragraph, and on page 5, in the third line of the last paragraph, the word "Commissions's" is deleted and replaced with the word "Commissioner's".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, July 24, 2012.

_Lawrence M Reifurth_
Associate Judge

---

[1] Foley, Presiding Judge, Fujise and Reifurth, JJ.